**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL ACTION NO. 07-89-JBC**

**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

**V.**                                    **ORDER**

**WILLIAM BRADLEY BANKS,**                                    **DEFENDANT.**

**\* \* \* \* \* \* \* \* \* \***

Upon the court's own motion,

**IT IS ORDERED** that the sentencing scheduled on November 9, 2007, at 9:30 a.m. is rescheduled on November 9, 2007, at 9:00 a.m.

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY